IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WAYNE G. AHRENS and<br>JANIS E. AHRENS,<br><br>          Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil No. 4:03-cv-4672 |

## SATISFACTION OF JUDGMENT

The United States has issued refunds to Plaintiffs of $5,915.84 for 1984, $5,248.64 for 1985, and $2,636.07 for 1986, plus interest, and Plaintiffs have accepted those amounts as satisfaction of the Agreed Final Judgment entered on August 27, 2008. Therefore, the Clerk of the United States District Court for the Southern District of Texas is hereby authorized and empowered to satisfy and cancel said judgment of record.

December 29, 2009                                                         /s/ Thomas E. Redding
                                                                                    **Thomas E. Redding**
                                                                                    Texas Bar No. 16661300
                                                                                    Redding & Associates, P.C.
                                                                                    2914 West T.C. Jester
                                                                                    Houston, Texas 77018
                                                                                    Telephone:  713/965-9244
                                                                                    **COUNSEL FOR PLAINTIFF**

**Of Counsel for Plaintiff:**
**Sallie W. Gladney**
Texas Bar No.  00787546
Redding & Associates, P.C.
2914 West T.C. Jester
Houston, Texas 77018
Telephone:  713/965-9244
Telecopier:  713/621-5227

## C̲ERTIFICATE OF S̲ERVICE

I certify that service of the foregoing satisfaction of judgment was made electronically upon filing, or if not made electronically, by mailing a copy to Defendant's counsel in a postage paid envelope, to the following address:

>Mr. Herbert W. Linder
>Department of Justice
>Tax Division
>717 N. Harwood, Suite 400
>Dallas, Texas  75201

       /s/ Sallie W. Gladney
       Sallie W. Gladney